IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00442-EWN-PAC

eSOFT, INC., a Delaware corporation,

    Plaintiff(s),

v.

BLUE COAT SYSTEMS, INC., f/k/a CacheFlow, Inc., a Delaware corporation,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
May 30, 2006

    Upon review of  the complaint, defendant's motion, and the response and reply, and finding that the Complaint does not set forth with sufficient particularly which of defendant's products allegedly infringe plaintiff's patent, IT IS HEREBY

    **ORDERED** that defendant Blue Coat's Motion under FRCP Rule 12(e) for More Definitive Statement, Doc. # 10, filed April 4, 2006 is GRANTED.  Plaintiff shall file an amended complaint setting forth the allegedly infringing products as requested in Blue Cost's April 4, 2006 Motion no later than **June 9, 2006**.   See *Agilent Technologies v. Micromuse, Inc.*, 2004 WL 2346152 at *6 (S.D.N.Y. 2004)(internal citations omitted).