IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00442-EWN-PAC

eSOFT, INC., a Delaware corporation,

     Plaintiff(s),

v.

BLUE COAT SYSTEMS, INC., f/k/a CacheFlow, Inc., a Delaware corporation,

     Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

     IT IS HEREBY **ORDERED** that the Joint Amended Scheduling Order [filed September 22, 2006; Doc. No. 34] is **denied without prejudice.**  Parties have not provided a sufficient "good cause" statement for amendment of the scheduling order deadlines.

Dated:  September 26, 2006