IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00442-EWN-PAC

eSOFT, INC., a Delaware corporation,

    Plaintiff(s),

v.

BLUE COAT SYSTEMS, INC., f/k/a CacheFlow, Inc., a Delaware corporation,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Second Joint Motion to Amend Scheduling Order, filed October 13, 2006, is **GRANTED** as follows:

    The discovery deadline is extended to **January 31, 2007**.

    The parties shall make expert witness disclosures under Rule 26(a)(2) by **December 15, 2006.**

    The parties shall make rebuttal expert witness disclosures under Rule 26(a)(2) by **January 15, 2007.**

    The Preliminary Pretrial Conference set for December 5, 2006 is *vacated and reset* to **February 1, 2007 at 9:00 a.m. in Courtroom A501**.  The proposed Preliminary Pretrial Order is due on or before January 25, 2007.

Dated:  October 16, 2006