IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00442-EWN-PAC

eSOFT, INC., a Delaware corporation,

    Plaintiff(s),

v.

BLUE COAT SYSTEMS, INC., f/k/a CacheFlow, Inc., a Delaware corporation,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Third Joint Motion to Amend Scheduling Order, filed December 14, 2006, is **GRANTED** in substantial part as follows and is otherwise denied:

    The discovery deadline is extended to **February 13, 2007**.

    The parties shall designate expert witnesses and make disclosures required by Rule 26(a)(2) on or before **January 5, 2007.**

    The parties shall designate rebuttal expert witnesses and make disclosures required by Rule 26(a)(2) on or before **January 26, 2007.**

    The Preliminary Pretrial Conference remains set for **February 1, 2007 at 9:00 a.m. in Courtroom A501**.  The proposed Preliminary Pretrial Order is due on or before January 25, 2007.

Dated:  December 18, 2006