IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00442–EWN–PAC

eSOFT, INC., a Delaware corporation,

    Plaintiff,

v.

BLUE COAT SYSTEMS, INC. (f/k/a CacheFlow, Inc.), a Delaware corporation,

    Defendant.

---

## ORDER

---

    This matter is before the court on review of the pending motions for summary judgment. This case has been stayed. Therefore, the pending motions (## 58, 60, 62, 65, 77, and 79) are dismissed without prejudice, subject to renewal when the stay is lifted.

    Dated this 19th day of April, 2007.

    BY THE COURT:

    s/ Edward W. Nottingham
    EDWARD W. NOTTINGHAM
    United States District Judge